Kavon Adli (Bar No. 203040)
kavon@tilg.us
Richard A. De Liberty (Bar No. 203754)
richard@tilg.us
David Newman (Bar No. 246351)
david@tilg.us
THE INTERNET LAW GROUP
9100 Wilshire Blvd., Ste. 725 E
Beverly Hills, California 90212
tel. (310) 910-1496
fax (310) 356-3257

Attorneys for Plaintiff and Counter-Defendant
LAVCO SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVCO SOLUTIONS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BIZTRACKER SYSTEMS OF ST. JOHN, LLC, and DOES 1–10,<br><br>　　　　　　　Defendants.<br>_____<br>AND RELATED COUNTER-COMPLAINT. | Case No. 2:20-cv-03286-VAP-PLA<br><br>**LAVCO SOLUTIONS, INC.'S ANSWER TO COUNTER-COMPLAINT** |

　　　Lavco Solutions, Inc. ("Lavco") hereby submits this Answer to the Amended Counter-Complaint of Biztracker Systems of St. John, LLC ("Biztracker").

## COUNTERCLAIMS

　　　1.　　Answering paragraph 1, Lavco denies the allegations.

## THE PARTIES

　　　2.　　Answering paragraph 2, Lavco lacks knowledge or information sufficient to form a belief about the truth of the allegations.

　　　3.　　Answering paragraph 3, Lavco admits the allegations.

**JURISDICTION AND VENUE**

4. Answering paragraph 4, Lavco admits the allegations.

5. Answering paragraph 5, Lavco admits the allegations.

**FIRST COUNTERCLAIM**

6. Answering paragraph 6, Lavco denies the allegations.

7. Answering paragraph 7, Lavco denies the allegations.

8. Answering paragraph 8, Lavco denies the allegations.

9. Answering paragraph 9, Lavco denies the allegations.

10. Answering paragraph 10, Lavco denies the allegations.

**SECOUND COUNTERCLAIM**

11. Answering paragraph 11, Lavco denies the allegations.

12. Answering paragraph 12, Lavco admits the allegations.

13. Answering paragraph 13, Lavco denies the allegations.

14. Answering paragraph 14, Lavco denies the allegations.

15. Answering paragraph 15, Lavco denies the allegations.

16. Answering paragraph 16, Lavco denies the allegations.

**PRAYER**

WHEREFORE, Lavco prays:

1. That Biztracker takes nothing against Lavco;

2. For costs of suit; and,

3. For such other relief as the Court deems appropriate.

DATED: December 8, 2020                THE INTERNET LAW GROUP

*/s/ David Newman*
David Newman
Attorneys for Plaintiff and Counter-Defendant
LAVCO SOLUTIONS, INC.