Kavon Adli (Bar No. 203040)
kavon@tilg.us
Richard A. De Liberty (Bar No. 203754)
richard@tilg.us
David Newman (Bar No. 246351)
david@tilg.us
THE INTERNET LAW GROUP
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
tel. (310) 910-1496

Attorneys for Plaintiff
LAVCO SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVCO SOLUTIONS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BIZTRACKER SYSTEMS OF ST. JOHN, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-03286 VAP (PLAx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

　　　Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

　　　IT IS SO ORDERED.

DATED:　September 20, 2021

　　　　　　　　　　　　　　　　　　　　　*Paul L. Abrams*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Paul L. Abrams
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge