Louis F. Teran (SBN 249494)
lteran@slclg.com
SLC LAW GROUP
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Telephone: (818) 484-3217 x200
Facsimile: (866) 665-8877

Attorneys for BIZTRACKER SYSTEMS
OF ST. JOHN, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVCO SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIZTRACKER SYSTEMS OF ST. JOHN, LLC, and DOES 1-10<br><br>Defendants. | Case No.: 2:20-cv-03286-VAP-PLA<br>Hon. Judge Virginia A. Phillips<br><br>**DEFENDANT'S RESPONSES TO LAVCO'S FIRST SET OF INTERROGATORIES**<br><br>Complaint Filed: April 9, 2020<br>Trial: TBD |

1

DEFENDANT'S RESPONSES TO SI SET ONE

**Exhibit B**

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

Identify each cash drawer that Biztracker used in fulfilling orders, alone or as part of a bundle, for each EPSILONT LISTING by providing the description, manufacturer, universal product code (UPC), European article number (EAN), stock keeping unit (SKU), manufacturer product code, dimensions, capacity, color, material, Amazon Standard Identification Number (ASIN) when sold separately, and the ASINs for all EPSILONT LISTINGs the product was used to fulfill. An EPSILONT LISTING is an Amazon listing with any of the following Amazon Standard Identification Numbers (ASINs) B01MR9TTS9, B01FTDB0TM, B01KMW26WA, B01NH4Y9SE, B01G9CO9V8, B01N58Z82F, B01KMWA1VS, B01MTKIL5K, B01M5B7406, B01MZ54EJP, B01N136NET, B06XTVS4BJ, B01MSSOBMT, B076DHL26G, B01N0KE4YW, B01HH39H1K, B077413VLR, B07C4KCHXF, B077ZZJHF8, B01NACQBHW, B071DXSC1G, B01M1JPGS8, B075RGLV4K, B06XNXP1RR, B074FL9ZF8, B075RHQ623, B01MR9SWBK, B076TQYJR4, B01LYMYI0S, B01N3TLD6H, B01HIR63LW, B01MYTCM99, B074VCGSCB, B01M1JRN6W, B07BB43JGT, B072F4XWF2, B07GSCTJLS, B01MXRVWPM, B06XDV86BF, B073VYQ63D, B01KMWA4DS, B01G9CWJDI, B01LZA8XNT, B06XTW8D2X, B06XZXCQZT, B07PGBN9H2, B06XTY4GLS, B06XKMTMMF, B01LZXTZ84, B06XDGDXGS, B07PHHCKC4, B01I423444, B01N5IEXQN, B07DD2LXF2, B06XKPBF7Z, B01N58ZIWZ, B07H4XLDX4, B081VTHR42, B01LZA8PZJ, B078YD6W2F, or B01N14QCUK, or in which "Epsilont" appears in the brand, title, or description.

**RESPONSE TO INTERROGATORY NO. 1**

Responding Party objects to this interrogatory on the grounds that it is not relevant to any of the claims or defenses asserted in this case, overbroad, and not proportional to the discovery needs in this case. Plaintiff's allegation in this case is primarily based on Defendant's alleged "piggybacking" of some of its products on to some of Plaintiff's Amazon listings for Plaintiff's EPSILONT products. This interrogatory, however, seeks

documents related to a large number of Amazon listings which are not at issue in this case. This case is limited to a handful of Amazon listings on which Defendant's allegedly "piggybacked" some of its products. This interrogatory includes the term "EPSILONT LISTING" to include a large number of Amazon listings which are not at issue in this case. Even more, the interrogatory is not limited to a certain time frame. Instead, it seeks documents dating back decades and unrelated to the product listings at issue. Lastly, this interrogatory is vague and ambiguous as to the term "cash drawer". It has been established that all of the sales transactions at issue in this case were done through Amazon, thus, Defendant never used a "cash drawer" to complete said transactions. Without a definition or better understanding as to what "cash drawer" refers, Responding Party cannot provide a full and complete answer.

**INTERROGATORY NO. 2**

Identify each package of receipt paper that Biztracker used in fulfilling orders, alone or as part of a bundle, for each EPSILONT LISTING by providing the description, manufacturer, universal product code (UPC), European article number (EAN), stock keeping unit (SKU), manufacturer product code, size, material, number of rolls, Amazon Standard Identification Number (ASIN) when sold separately, and the ASINs for all EPSILONT LISTINGs the product was used to fulfill.

**RESPONSE TO INTERROGATORY NO. 2**

Responding Party objects to this interrogatory on the grounds that it is not relevant to any of the claims or defenses asserted in this case, overbroad, and not proportional to the discovery needs in this case. Plaintiff's allegation in this case is primarily based on Defendant's alleged "piggybacking" of some of its products on to some of Plaintiff's Amazon listings for Plaintiff's EPSILONT products. This interrogatory, however, seeks documents related to a large number of Amazon listings which are not at issue in this case. This case is limited to a handful of Amazon listings on which Defendant's allegedly "piggybacked" some of its products. This interrogatory includes the term "EPSILONT LISTING" to include a large number of Amazon listings which are not at issue in this case. Even more, the interrogatory is not limited to a certain time frame. Instead, it seeks

documents dating back decades and unrelated to the product listings at issue. Lastly, this interrogatory is vague and ambiguous as to the term "package of receipt paper". It has been established that all of the sales transactions at issue in this case were done through Amazon, thus, Defendant never used a "package of receipt paper" to complete said transactions. Without a definition or better understanding as to what "package of receipt paper" refers, Responding Party cannot provide a full and complete answer.

**INTERROGATORY NO. 3**

Identify each other product not manufactured by Square, Clover, Star Micronics, or Epson that Biztracker used in fulfilling orders, alone or as part of a bundle, for each EPSILONT LISTING by providing the description, manufacturer, universal product code (UPC), European article number (EAN), stock keeping unit (SKU), manufacturer product code, size, material, number of rolls, Amazon Standard Identification Number (ASIN) when sold separately, and the ASINs for all EPSILONT LISTINGs the product was used to fulfill.

**RESPONSE TO INTERROGATORY NO. 3**

Responding Party objects to this interrogatory on the grounds that it is not relevant to any of the claims or defenses asserted in this case, overbroad, and not proportional to the discovery needs in this case. Plaintiff's allegation in this case is primarily based on Defendant's alleged "piggybacking" of some of its products on to some of Plaintiff's Amazon listings for Plaintiff's EPSILONT products. This interrogatory, however, seeks documents related to a large number of Amazon listings which are not at issue in this case. This case is limited to a handful of Amazon listings on which Defendant's allegedly "piggybacked" some of its products. This interrogatory includes the term "EPSILONT LISTING" to include a large number of Amazon listings which are not at issue in this case. Even more, the interrogatory is not limited to a certain time frame. Instead, it seeks documents dating back decades and unrelated to the product listings at issue. Lastly, this interrogatory is vague and ambiguous as to the term "other product". It has been established that all of the sales transactions at issue in this case were done through Amazon using Amazon's online ecommerce tools, thus, Defendant never used "other

1 product" to complete said transactions. Without a definition or better understanding as to
2 what "other product" refers, Responding Party cannot provide a full and complete answer.

11  DATED: November 29, 2021

13 By:_____
14   Louis F. Teran
     Attorney for Biztracker Systems
15   Of St. John, LLC

5

**Exhibit B**

# VERIFICATION

I have read the following and know its content:

**DEFENDANT'S RESPONSES TO LAVCO'S FIRST SET OF INTERROGATORIES**

**CHECK APPLICABLE PARAGRAPH**

\_\_\_  I am party to this action. The matters stated in the foregoing documents are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

_X_  I am an agent of the Responding Party, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

\_\_\_  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

_X_  The matters stated in the foregoing document are true and to my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under the penalty of perjury and under the laws of the United States that the forgoing is true and correct.

Executed on November 29, 2021, at Seminole, Florida.

_/s/ Kris Youngs_
Kris Youngs

6

**Exhibit B**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 East Colorado Blvd., Suite 500, Pasadena, CA 91106. My electronic notification address is lteran@slclg.com.

On November 29, 2021, I served the within document(s) described as:

**DEFENDANT'S RESPONSES TO LAVCO'S FIRST SET OF INTERROGATORIES**

on the interested parties in this action as stated below:

SEE ATTACHED SERVICE LIST

_X_   I placed a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I deposited each such envelop for mailing with USPS on that same day.

_X_   I emailed all of the pages of the above-entitled document to the recipients' emails as indicated in the attached service list.

____   I faxed all of the pages of the above-entitled document to the recipients' facsimile number as indicated in the attached service list.

____   I caused all of the pages of the above-entitled document to be delivered by hand to the offices of each recipient as indicated in the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 29, 2021

By:_____

Louis F. Teran

7

**Exhibit B**

## SERVICE LIST
Biztracker v. Lavco Solutions
Case No. 2:20-cv-03286-VAP-PLA

Kavon Adli
kavon@tilg.us
David Newman
david@tilg.us
THE INTERNET LAW GROUP
9100 Wilshire Boulevard, Suite 725E
Beverly Hills, CA 90212

By:_____
   Louis F. Teran

   Attorney for Biztracker Systems
   Of St. John, LLC

**Exhibit B**