FILED
CLERK, U.S. DISTRICT COURT

06/15/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavco Solutions, Inc.<br><br>        Plaintiff,<br><br>    v.<br><br>Biztracker Systems of St. John, LLC and DOES 1 through 10<br><br>        Defendants. | Case No. 2:20-cv-03286 PSG (PLAx)<br><br>**FINAL JUDGMENT** |

1.    The Court **DENIES** Plaintiff Lavco Solutions, Inc.'s ("Plaintiff") ex parte application to stay all proceedings.  *See generally* Dkt. # 108.

2.    The Court **GRANTS** Defendant Biztracker Systems of St. John, LLC's ("Defendant") motion for summary judgment on each of Plaintiff's claims.  *See generally* Dkt. # 95.

3.    The Court **DENIES AS MOOT** Plaintiff's motion to voluntarily dismiss its claims.  *See generally* Dkt. # 107.

4.    The Court **GRANTS** the parties' stipulation to voluntarily dismiss Defendant's counterclaims without prejudice.  *See generally* Dkt. # 112.

This order closes the case.

**IT IS SO ORDERED.**

Dated : June 15, 2022 _____

_____
Honorable Philip S. Gutierrez
United States Chief District Judge

1